IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



JIMMY DAVIS WARD                                                                                      PLAINTIFF

VS.                                          CIVIL ACTION NO. : 1:06CV292WJG

AMETEK, INC., ET AL.                                                      DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having come before the Court, by agreement of the parties, Plaintiff in the above-numbered cause of action, appearing herein by and through his attorney of record, and Defendant CertainTeed Corporation, it is agreed that Defendant CertainTeed Corporation be dismissed with prejudice; and, the Court having considered same, finds that this defendant, should be dismissed with prejudice. Accordingly, it is therefore:

ORDERED AND ADJUDGED that Defendant CertainTeed Corporation is dismissed with prejudice from the claims of Plaintiff in the above-referenced matter, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 28th day of June, 2006.

_____ J.
JUDGE JAMES T. GILES

AGREED TO AND APPROVED BY:

s/Michael C. Weber
MICHAEL C. WEBER, ESQUIRE
LEBLANC & WADDELL, LLP
6955 PERKINS ROAD
BATON ROUGE, LA 70808
ATTORNEY FOR PLAINTIFF

s/Jason Clayton
JASON CLAYTON
FORMAN PERRY WATKINS KRUTZ & TARDY
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
ATTORNEY FOR DEFENDANT